No. 793. The People, Plaintiff and Respondent, *v.* Segarra, Defendant and Appellant.—Carrying prohibited weapons. Ponce. February 8, 1915. *Appeal withdrawn.*

---

No. 796. The People, Plaintiff and Respondent, *v.* Paz, Defendant and Appellant.—

No. 797. The People, Plaintiff and Respondent, *v.* Alvarez, Defendant and Appellant.—

No. 798. The People, Plaintiff and Respondent, *v.* Sánchez, Defendant and Appellant.—

No. 799. The People, Plaintiff and Respondent, *v.* Nieves, Defendant and Appellant.—

No. 800. The People, Plaintiff and Respondent, *v.* Luyando, Defendant and Appellant.—

No. 801. The People; Plaintiff and Respondent, *v.* Hernández, Defendant and Appellant.—

No. 802. The People, Plaintiff and Respondent, *v.* Casillas, Defendant and Appellant.—

No. 803. The People, Plaintiff and Respondent, *v.* Delgado, Defendant and Appellant.—

No. 804. The People, Plaintiff and Respondent, *v.* Díaz, Defendant and Appellant.—

No. 805. The People, Plaintiff and Respondent, *v.* Reyes, Defendant and Appellant.—

Violations of section 162 of the Penal Code. Humacao. February 8, 1915. *Appeals withdrawn.*

---

No. 1240. Vázquez, Plaintiff and Respondent, *v.* The Municipality of Arecibo, Defendant and Appellant.—Damages. Arecibo. February 8, 1915. *Appeal withdrawn.*

---

No. 778. The People, Plaintiff and Respondent, *v.* Toro, Defendant and Appellant.—Offense against public justice. Mayagüez. February 10, 1915. *Judgment affirmed.*